BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDNAV INTERNATIONAL LTD.,

    Plaintiff,

v.

SUNWOO MERCHANT MARINE CO. LTD.,

    Defendant.

---

JUDGE CHIN

07 Civ. **07 CIV 3886**

**F.R. CIV. P. RULE 7.1 STATEMENT**

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
      May 17, 2007

                              Respectfully submitted,
                              BLANK ROME, LLP
                              Attorneys for Plaintiff

                              By _____
                              Jeremy J.O. Harwood (JH 9012)
                              405 Lexington Avenue
                              New York, NY 10174
                              Tel.: (212) 885-5000

294478.1
900200.00001/6544419v.1