NOURSE & BOWLES, LLP
Attorneys for Defendant
SUNWOO MERCHANT MARINE
 CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDNAV INTERNATIONAL LTD.,                    :
                                                                          :
                    Plaintiff,                                        :
                                                                          :        07 Civ. 3886 (DC)
           - against -                                                :
                                                                          :        **FRCP 7.1**
SUNWOO MERCHANT MARINE CO. LTD.,   :
                                                                          :
                    Defendant.                                    :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Sunwoo Merchant Marine Co. Ltd., has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated: New York, New York
         June 4, 2007

                                                            NOURSE & BOWLES, LLP
                                                            Attorneys for Defendant
                                                            SUNWOO MERCHANT MARINE
                                                             CO. LTD.

                                                            By:_____
                                                               Armand M. Paré, Jr. (AP-8575)
                                                               One Exchange Plaza
                                                               At 55 Broadway
                                                               New York, New York 10006
                                                               (212) 952-6200