**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon**
**Clerk of the Court**

------------------------------x
Fednav International Ltd.,

        Plaintiff(s),        07   Civ.   3886 (DC)

   - against -

Sunwoo Merchant Marine Co., et al.,

        Defendant(s).
------------------------------x

     The above-captioned action has been assigned to Judge Denny Chin.

     Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

     This conference will be held on  September 21, 2007 at 11:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

     Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

     **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
           August 27, 2007

                                              Sincerely,

                                              David Tam
                                              Courtroom Deputy Clerk
                                              U.S.D.C. - S.D.N.Y.
                                              500 Pearl Street, Rm. 1020
                                              New York, New York  10007
                                              (212) 805-0096

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/27/07]*