**MEMO ENDORSED**

NOURSE & BOWLES, LLP
Attorneys for Defendant
SUNWOO MERCHANT MARINE
 CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FEDNAV INTERNATIONAL LTD.,

        Plaintiff,

   - against -

SUNWOO MERCHANT MARINE CO. LTD.,

        Defendant.
------------------------------------------------------X

07 Civ. 3886 (DC)

**DISCONTINUANCE ON CONSENT**

    WHEREAS an Order on Consent was entered on or about November 14, 2007 respecting, inter alia, the transfer of funds to London to be held there as security and countersecurity for claims and counterclaims subject to arbitration in London between the parties;

    AND WHEREAS said funds have now been transferred in accordance with said order;

    IT IS NOW ORDERED that the action and counterclaim be dismissed without prejudice and without costs with the action and counterclaim to proceed in arbitration in London..

Dated: New York, New York
       December 27 2007

*/s/ Denny Chin*
Hon. Denny Chin
U.S.D.J.

We consent to entry of the foregoing Order:

By: _____
Jeremy J.O. Harwood, Esq. (JH 9012)
Blank Rome LLP
Attorneys for Plaintiff
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

By: _____
Armand M. Paré, Jr. (AP 8575)
NOURSE & BOWLES, LLP
Attorneys for Defendant
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200